Thomas P. Cartmell, 45366
Thomas J. Preuss, 54923
Christopher L. Schnieders 57725
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
Facsimile: 816-531-2372
Attorneys for Plaintiffs, Jeffrey Frey

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number  06-0640 <br><br> **MDL NO. 1699** <br> **District Judge:  Charles R. Breyer** |
| Jeffrey Frey, <br><br>                 Plaintiffs. <br><br> vs. <br><br> Pfizer, Inc., et al. <br><br>                 Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, (JEFFREY FREY) and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: February 20, 2009

By_____

Attorneys for Plaintiff, Jeffrey Frey

-1-

1

2  DATED: April 27 , 2009          DLA PIPER US LLP

3
                                   By:
4                                      _____
                                       Michelle Sadowsky
5                                      Attorneys for Defendants

6

7
   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
8  **IT IS SO ORDERED.**

9

10 Dated: APR 3 0 2009
                                       _____
11                                     Hon. Charles R. Breyer
                                       United States District Court
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PFZR/1035934/6190655v 1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**